A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Feb 19, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

Feb 04, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-14)**

**FILED**
FEB 19 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 229 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 19, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court
BY: _____
Deputy Clerk
Date 2/22/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

## SCHEDULE CTO-14 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

CALIFORNIA CENTRAL
CAC  2   10-364          Cathryn Shults v. Bayer Corp., et al.          10-20118-DRH-PMF

CALIFORNIA NORTHERN
CAN  3   10-17           Genesis Andrade v. Mckesson Corp., et al.      10-20119-DRH-PMF
~~CAN  3   10-261~~      ~~Katherine L. Anderson, et al. v. Bayer Corp., et al.~~  Opposed 2/18/10
CAN  3   10-311          Brandi Fry v. Mckesson Corp., et al.           10-20120-DRH-PMF

GEORGIA NORTHERN
GAN  1   10-167          Eileen Brock v. Bayer Corp., et al.            10-20121-DRH-PMF
GAN  4   10-2            Marium Williams v. Bayer Corp., et al.         10-20122-DRH-PMF

ILLINOIS NORTHERN
ILN  1   09-8013         Emily Cap v. Bayer Corp., et al.               10-20123-DRH-PMF
~~ILN  1   10-360~~      ~~Evangeline Semark Lemoine v. Teva Pharmaceuticals Industries, Ltd., et al.~~
                         Opposed 2/19/10

KANSAS
KS   2   10-2028         Brandilyn Thompson v. Bayer Corp., et al.      10-20124-DRH-PMF

MINNESOTA
MN   0   10-131          Amanda Kiltz v. Bayer Corp., et al.            10-20125-DRH-PMF
MN   0   10-132          Bonnie McGrew v. Bayer Corp., et al.           10-20126-DRH-PMF
MN   0   10-133          Alexandra Vela v. Bayer Corp., et al.          10-20127-DRH-PMF
MN   0   10-134          Nicole Wadsley v. Bayer Corp., et al.          10-20128-DRH-PMF

MISSOURI WESTERN
MOW  4   10-50           Elaine Broz v. Bayer Corp., et al.             10-20129-DRH-PMF

NEW JERSEY
NJ   2   10-232          Dianna Grubb, etc. v. Bayer Corp., et al.      10-20130-DRH-PMF
NJ   2   10-234          Clara Morgan v. Bayer Corp., et al.            10-20131-DRH-PMF

NEW YORK EASTERN
NYE  1   09-5119         Aide Dominguez, et al. v. Bayer Corp., et al.  10-20132-DRH-PMF
NYE  1   09-5121         Amanda Acree v. Bayer Corp., et al.            10-20133-DRH-PMF
NYE  1   09-5169         Linda Wood, et al. v. Bayer Corp., et al.      10-20134-DRH-PMF

NEW YORK SOUTHERN
NYS  1   10-83           Shericka Hopson, et al. v. Bayer Corp., et al. 10-20135-DRH-PMF
NYS  1   10-485          Kari Lichtenstein v. Bayer Corp., et al.       10-20136-DRH-PMF

MDL No. 2100 - Schedule (CTO-14) Tag- Along Actions (Continued)

| DIST. DIV. C.A.# | CAPTION CASE | |
|---|---|---|
| **OHIO NORTHERN** | | |
| OHN 1 09-2976 | Alexandra Granakis v. Bayer Corp., et al. | 10-20137-DRH-PMF |
| OHN 5 09-2977 | Monica Rogers v. Bayer Corp., et al. | 10-20138-DRH-PMF |
| **OKLAHOMA WESTERN** | | |
| OKW 5 09-1194 | Julie Mitchell v. Bayer Corp., et al. | 10-20139-DRH-PMF |
| OKW 5 09-1195 | Jennifer Kaye May, et al. v. Bayer Corp., et al. | 10-20140-DRH-PMF |
| **OREGON** | | |
| OR 3 10-24 | Hillary J. Fargo v. Bayer Healthcare, LLC, et al. | 10-20141-DRH-PMF |
| **UTAH** | | |
| UT 2 10-40 | Raelynn Hunter v. Bayer Healthcare AG, et al. | 10-20142-DRH-PMF |